**Broxie Franchot MAIZ, Appellant,**

v.

**UNITED STATES of America.**

No. 15608.

United States Court of Appeals
Eighth Circuit.

June 20, 1956.

George E. MacKinnon, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion appellee.

---

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**COBALT MINE AND MILL WORKERS UNION LOCAL NO. 809, INTERNATIONAL UNION OF MINE, MILL AND SMELTER WORKERS, and Linus E. Wampler, Its Agent.**

No. 15597.

United States Court of Appeals
Eighth Circuit.

June 28, 1956.

David P. Findling, Assoc. Gen. Counsel, National Labor Relations Board, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Cohn & Cohn, East St. Louis, Ill., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition of Labor Board for summary entry of decree, etc.

---

**Clarence MAHURIN, Petitioner-Appellant,**

v.

**Elmer V. NASH, Warden, Missouri State Penitentiary, Jefferson City, Missouri; and State of Missouri.**

No. 15610.

United States Court of Appeals
Eighth Circuit.

June 29, 1956.

Clarence Mahurin, pro se.

PER CURIAM.

Issuance of certificate of probable cause for appeal denied, and appeal from District Court dismissed for want of jurisdiction.